AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DUVALL ESPRESSO IP ENFORCEMENT, LLC, a Florida Limited Liability Company, <br><br> *Plaintiff(s)* <br> v. <br> METICULOUS HOME, INC., a Delaware Corporation, <br> and JUAN CARLOS LOPEZ PENDAS, an individual, <br><br> *Defendant(s)* | Civil Action No. 9:23-cv-81375-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  METICULOUS HOME, INC.
c/o  LEGALINC CORPORATE SERVICES INC.
651 N BROAD ST SUITE 201
MIDDLETOWN, DE 19709

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNSON | DALAL
Mark C. Johnson
111 N. Pine Island Road, Suite 105
Plantation, FL 33324
Info@JohnsonDalal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Oct 11, 2023

**SUMMONS**

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts